TOWN OF MADISON v. ETHEL HOPKINS.

187 So. 387.
En Banc.
Opinion Filed September 27, 1938.
On Rehearing March 17, 1939.

*Davis & Davis,* for Plaintiff in Error;
*R. C. Horne,* for Defendant in Error.

PER CURIAM.—In this cause Mr. Chief Justice ELLIS, Mr. Justice TERRELL and Mr. Justice BROWN are of the opinion that the judgment of the Circuit Court should be reversed while Mr. Justice WHITFIELD, Mr. Justice BUFORD and Mr. Justice CHAPMAN, are of the oinion that the said judgment should be affirmed. When the members of the Supreme Court, sitting six members in a body and after full consultation, it appears that the members of the Court are permanently and equally divided in opinion as to whether the decree should be affirmed or reversed, and there is no prospect of an immediate change in the personnel of the Court,

the decree should be affirmed; therefore it is considered, ordered and adjudged under the authority of State, *ex rel.* Hampton, v. McClung, 47 Fla. 224, '37 So. R. 51, that the decree of the Circuit Court·in this cause be and the same is hereby affirmed.

Affirmed.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD and CHAPMAN, J. J., concur.

### ON REHEARING.

PER CURIAM.—Upon rehearing of this case Mr..Chief Justice TERRELL, Mr. Justice BROWN and Mr. Justice THOMAS are of the opinion that the judgment of the Circuit Court should be reversed, and Mr. Justice WHITFIELD, Mr. Justice BUFORD and Mr. Justice CHAPMAN are of the opinion that the judgment should be affirmed; therefore, it is ordered, considered and adjudged, under the authority of State, *ex rel.* Hampton, v. McClung, 47 Fla. 224, 37 South. Rep. 51, that the decree of the Circuit Court in this cause he, and the same is hereby, affirmed.

TERRELL, C. J., and WHITFIELD, BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.